IN THE UNITED STATES DISTRICT OURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

ELECTRONICALLY
FILED
Oct 16 2023
U.S. DISTRICT COURT
Northern District of WV

**MICHELLE LEE,**

    **Plaintiff,**

v.   CIVIL ACTION NO.: **3:23-CV-218 (Groh)**
(Berkeley County Circuit Court, Civil Action No. CC-02-2023-C-376)

**DANNY JAMES WIGGINGTON and GOOLSBY TRUCKING COMPANY,**

    **Defendants,**

**and**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

    **Notice-Defendant.**

## NOTICE OF REMOVAL

**NOW COMES** the Defendants, Danny James Wiggington and Goolsby Trucking Company, by counsel, Matthew R. Whitler, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, pursuant to 28 U.S.C. §§ 1332, 1391, 1441 and 1446, and hereby give notice that, on the grounds set forth below, that they are removing the above styled action from the Circuit Court of Berkeley County, West Virginia to the United States District Court for the Northern District of West Virginia in the Martinsburg Division. In support thereof, the Defendants state and aver as follows:

1.  Plaintiff Michelle Lee filed her Complaint in the above styled action in Circuit Court of Berkeley County, West Virginia, on or about September 20, 2023, where it was assigned

Civil Action No. CC-02-2023-C-376.  See Exhibit 1.

2. The West Virginia Secretary of State accepted service of the Plaintiff's Summons and Complaint on behalf of Defendants Wiggington and Goolsby Trucking on September 26, 2023.

3. Plaintiff's Summons, Complaint, and written discovery to both Defendants are the only processes, pleadings, or orders served upon Defendants in this matter.  See Exhibit 2.

4. This matter stems from a motor vehicle accident that occurred on Interstate 81 near Exit 13 in Berkeley County, West Virginia on October 25, 2021.  See Exhibit 1, ¶¶ 5, 7.  The Plaintiff alleges that the Defendants' tractor trailer collided with the rear of the Plaintiff's automobile causing a collision with another vehicle, which resulted in physical injuries and damages to Ms. Lee.  See Exhibit 1, ¶¶ 13, 15, 21.

5. Plaintiff's Complaint states that said Plaintiff is a resident of Howard County, Maryland.  See Exhibit 1, ¶ 1.  The Complaint further states that the Defendant Danny James Wiggington is a resident of Monroe County, Mississippi, while Defendant Goolsby Trucking Company has its principal place of business in New Albany, Mississippi.  See Exhibit 1, ¶¶ 2-3.  Finally, the Notice-Defendant State Farm Mutual Automobile Insurance Company is not alleged in the Plaintiff's Complaint to be incorporated or have its principal place of business in the State of West Virginia.  See Exhibit 1, ¶ 4.  Therefore, complete diversity exists between the parties.

6. The Plaintiff alleges that she has incurred past medical bills, lost wages, pain and suffering, loss of enjoyment of life, out-of-pocket expenses, and annoyance and inconvenience, and further expects to incur future medical bills, future lost wages, future pain and suffering, future loss of enjoyment of life, future out-of-pocket expenses, and future annoyance and inconvenience. The Plaintiff also seeks reasonable attorney fees, and punitive damages.  Exhibit 1, ¶¶ 36-37 and

WHEREFORE section. Therefore, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7.   Pursuant to 28 U.S.C. § 1441(a), "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Under 28 U.S.C. § 1332(a) "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States".

        **DANNY JAMES WIGGINGTON and**
        **GOOLSBY TRUCKING COMPANY**
        By Counsel

        /s/ *Matthew R. Whitler*
        Matthew R. Whitler
        W.Va. State Bar # 7628

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
261 Aikens Center, Suite 301
Martinsburg, West Virginia 25404
Telephone: (304) 260-1200
Facsimile: (304) 260-1208

IN THE UNITED STATES DISTRICT OURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**MICHELLE LEE,**

    **Plaintiff,**

v.                             **CIVIL ACTION NO.:** 3:23-CV-218 (Groh)
                                                                  (Berkeley County Circuit Court, Civil
                                                                  Action No. CC-02-2023-C-376)

**DANNY JAMES WIGGINGTON and
GOOLSBY TRUCKING COMPANY,**

    **Defendants,**

**and**

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,**

    **Notice-Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants Danny James Wiggington and Goolsby Trucking Company, does hereby certify on this 16th day of October, 2023, that a true copy of the foregoing *Notice of Removal* has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below CM/ECF participants:

                                    Andrew C. Skinner, Esq.
                                      Adam J. Ward, Esq.
                                      Skinner Law Firm
                                      PO Box 487
                                    Charles Town, WV 25414
                                      *Counsel for Plaintiff*

/s/ *Matthew R. Whitler*
Matthew R. Whitler
W.Va. State Bar # 7628

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
261 Aikens Center, Suite 301
Martinsburg, West Virginia 25404
Telephone: (304) 260-1200
Facsimile: (304) 260-1208