IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**MICHELLE LEE,**

    Plaintiff,

v.                           CIVIL ACTION NO.: 3:23-CV-218 (GROH)

**DANNY JAMES WIGGINGTON and
GOOLSBY TRUCKING COMPANY,**

    Defendants.

## ORDER DISMISSING CASE

Because the Court has received notice that the parties have reached a settlement agreement, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within 90 days**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to terminate all pending motions and transmit copies of this Order to all counsel of record herein.

**DATED**: November 12, 2024

GINA M. GROH
UNITED STATES DISTRICT JUDGE